Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of vises similar in all material respects to those the subject of Abstract 59420, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 23, 1963

No. 67742.—Ross Products, Inc. v. United States, protests 59/12864 and 59/12788 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67743.—W. R. Zanes & Company v. United States, protest 59/31774 (Galveston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67744.—Holland Dutch Import Co. et al. v. United States, protests 62/4482, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67745.—Williams, Clarke Company and Felix Glatz Import Co., Inc. v. United States, protest 62/7453 (Los Angeles).